JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DANIYAR TASHIMBETOV,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

Case No. 5:26-cv-01683-PD

**JUDGMENT**

Pursuant to the Order Granting In Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the second claim of the Petition is granted and the first claim is dismissed without prejudice.

DATED: April 22, 2026

_Patricia Donahue_

_____

Patricia Donahue
United States Magistrate Judge